IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN KOESTER and KIMBERLY KOESTER, | No. 4:25-CV-01642 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| DAIRY FARMERS OF AMERICA, INC., JEFFREY BACON, ERIC MILLHOLLEN, KAY VANNATTA, and ANN HOLLERAN, | |
| Defendants. | |

## ORDER

### JANUARY 30, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Remand to State Court, Doc. 8, is **GRANTED.**

2. Plaintiffs' Motion to Compel Payment of Fees, Doc. 8, is **DENIED**.

3. Defendants' Motion to Dismiss for Failure to State a Claim, Doc. 5, is **DENIED AS MOOT**.

4. The Court remands this action to the Court of Common Pleas of Philadelphia County.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge